v.

The STATE of Texas, Appellee.

No. 27343.

Court of Criminal Appeals of Texas.

Jan. 19, 1955.

Billy SCELLES, Appellant,

v.

The STATE of Texas, Appellee.

No. 27361.

Court of Criminal Appeals of Texas.

Jan. 19, 1955.

No attorney on appeal.

Dan Walton, Dist. Atty., Houston, Eugene Brady, Jr., Asst. Dist. Atty., Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is passing a forged instrument; the punishment, 5 years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.